■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v LEO D. PARULSKI, Respondent. (Appeal No. 2.) [715 NYS2d 679] —Order reversed on the law, application denied, indictment reinstated and matter remitted to Steuben County Court for further proceedings on the indictment. Same Memorandum as in *People v Parulski* (277 AD2d 907 [decided herewith]).

All concur except Green, J. P., and Wisner, J., who dissent and vote to affirm in the same dissenting Memorandum as in *People v Parulski* (277 AD2d 907, 908 [decided herewith]). (Appeal from Order of Steuben County Court, Bradstreet, J.—Dismiss Indictment.) Present—Green, J. P., Hayes, Wisner, Scudder and Lawton, JJ.